CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 2 3 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BRAGG NEWMAN,<br>                    *Defendant.* | CIVIL ACTION NO. 3:04-CR-00094<br><br>ORDER AND OPINION<br><br>JUDGE NORMAN K. MOON |

    The Court has before it Defendant's Motion to Continue the sentencing hearing in this matter, filed June 15, 2005. Defendant explains that the presentence report prepared for this hearing contains the names of several new alleged victims, about whom the government had not previously made allegations nor included as alleged victims in the plea agreement. Because the government does not object to the continuance and the Court finds that good cause exists, the Motion to Continue is GRANTED IN PART. To the extent that Defendant requests that the hearing be reset for October 1, 2005 or later, the Motion is DENIED IN PART. Accordingly, the sentencing hearing scheduled for July shall be taken off the calendar. Counsel for both the United States and Defendant are directed to contact Fay Coleman, the Court's Scheduling Clerk, at (434) 847-5722, forthwith to set a new hearing date, scheduled for no more than sixty (60) days from today's date.

    It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: *[signature]*
U.S. District Judge

6-23-05
Date

2